IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| vs. | * CASE NO. 2:07-cr-00122-MEF-CSC |
| | * |
| VALERIE PATTERSON, | * |
| | * |
| Defendant. | * |

RECEIVED
2007 JUL 13 A 10: 42

## NOTICE OF APPEARANCE

COMES NOW, Winston D. Durant, and hereby files this Notice of Appearance on behalf of Defendant Valerie Patterson in the above-styled action pursuant to Local Rule 44.2.

Respectfully Submitted this 13th day of July, 2007.

_____
WINSTON D. DURANT (DUR004)
445-C South McDonough Street
Montgomery, AL 36104
(334) 263-2666 phone
(334) 263-0791 fax

## CERTIFICATE OF SERVICE

I certify that I have placed a copy of the foregoing document in the United States Mail, properly addressed and postage prepaid, to Andrew Schiff, United States Attorney's Office, Criminal Division, One Court Square, Suite 201, Montgomery, AL 36104 this 13th day of July, 2007.

_____
OF COUNSEL