IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No. 2:07-cr-122-MEF-CSC |
| ) | |
| VALERIE PATTERSON ) | |

**MOTION TO WITHDRAW**

COMES NOW Jay Lewis, appointed CJA attorney for Defendant in the above-styled cause and moves the Court to allow him to withdraw and in support of which would show the Court as follows:

1. Defendant has secured the services of Winston D. Durant, Esq., who has filed a notice of appearance in this matter.

WHEREFORE, the premises considered, Defendant prays that the Court will permit his withdrawal from representation of Defendant.

RESPECTFULLY SUBMITTED, this __20th__ day of July, 2007.

/s/ JAY LEWIS
Law Offices of Jay Lewis, L.L.C.
P.O. Box 5059
Montgomery, Alabama 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J
Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on the _20th_ day of July, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

Andrew Schiff
Office of the United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104

                                            /s/ JAY LEWIS
                                            Law Offices of Jay Lewis, L.L.C.
                                            P.O. Box 5059
                                            Montgomery, Alabama 36103
                                            (334) 263-7733 (Voice)
                                            (334) 832-4390 (Fax)
                                            J-Lewis@JayLewisLaw.com
                                            ASB-2014-E66J
                                            Attorney for Defendant