## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v** ) | **CR. NO. 2:07CR122-MEF** |
| ) | |
| **VALERIE PATTERSON** ) | |

### ORDER

Upon consideration of the *Motion to Withdraw as* A*ttorney* (doc. #21) filed by Attorney Jay Lewis and the *Notice of Attorney Appearance* filed by Attorney Winston D. Durant for Valerie Patterson (doc. 20), it is

**ORDERED** that the *Motion to Withdraw as Attorney* (doc. #21) be and is hereby **GRANTED.**

Done this 23rd day of July, 2007.

        /s/Charles S. Coody
    CHARLES S. COODY
    CHIEF UNITED STATES MAGISTRATE JUDGE