IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| | * | |
| vs. | * | CASE NO.  2:07-cr-00122-MEF-CSC |
| | * | |
| **VALERIE PATTERSON,** | * | |
| | * | |
| **Defendant.** | * | |

## NOTICE OF INTENT TO CHANGE PLEA

COMES NOW, Defendant Valerie Patterson and hereby files this her Intent to Change Plea from not guilty to guilty.

Respectfully Submitted this 21st  day of August, 2007.

/s/ Winston D. Durant
WINSTON D.  DURANT (DUR004)
445-C South McDonough Street
Montgomery, AL 36104
(334) 263-2666 phone
(334) 263-0791 fax

## CERTIFICATE OF SERVICE

I certify that I electronically files this Notice of Change of Plea with the Clerk of Court for the United States Middle District using the CM/ECF system, which will send notification of such filing to Andrew Schiff (andrew.schiff@usdoj.gov) this 21st day of August, 2007.

/s/ Winston D. Durant
OF COUNSEL