IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:07cr122-MEF |
| | ) | |
| VALERIE PATTERSON | ) | |

**UNITED STATES' MOTION FOR
DOWNWARD DEPARTURE FOR SUBSTANTIAL ASSISTANCE**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to Section 5K1.1 of the United States Sentencing Guidelines, respectfully requests this Honorable Court to depart downwardly by two levels and as reasons therefore, submits the following:

1. The United States herein states that Valerie Patterson has provided substantial assistance in the investigation of a person involved in a federal crime within the Middle District of Alabama.  As detailed in the PSI, defendant participated with Jimmy Givens, Monifa Johnson, and Silke Johnson in a scheme to steal $25,000 from the Tallapoosa Entertainment Center.  Defendant has admitted her involvement from the beginning and provided details concerning the involvement of Mr. Givens and Monifa Johnson.  The information provided by defendant was necessary to the indictment of Mr. Givens and Monifa Johnson.  Furthermore, Government believes that defendant's willingness to cooperate was a substantial factor in the decision of Mr. Givens' and Monifa Johnson's decision to plead guilty to the indictment.

2. The Government submits that a two level departure gives defendant due credit for her cooperation.

3.      The United States submits that defendant has, from time of her initial interview, been truthful with the Government.

4.      As part of the plea agreement, defendant has waived her right to appeal and/or collaterally attack the sentence imposed in this case.

Wherefore, premises considered, the United States moves this Honorable Court for a downward departure of two levels.

Respectfully submitted this the 3rd day of December, 2007.

            LEURA G. CANARY
            UNITED STATES ATTORNEY

            /s/Andrew O. Schiff
            ANDREW O. SCHIFF
            Assistant United States Attorney
            131 Clayton Street
            Montgomery, AL 36104
            Phone: (334) 223-7280
            Fax: (334) 223-7135
            E-mail: andrew.schiff@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:07cr122-MEF |
| | ) | |
| VALERIE PATTERSON | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Jay Lewis, Esq.

    Respectfully submitted,

    /s/Andrew O. Schiff
    ANDREW O. SCHIFF
    Assistant United States Attorney
    131 Clayton Street
    Montgomery, AL 36104
    Phone: (334) 223-7280
    Fax: (334) 223-7135
    E-mail: andrew.schiff@usdoj.gov