PROB 12C
(7/93)

# UNITED STATES DISTRICT COURT

for the

# MIDDLE DISTRICT OF ALABAMA

## Petition for Warrant or Summons for Offender Under Supervision

RECEIVED
2008 JAN -9 A 11: 26
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT

Name of Offender: Valerie Patterson        Case Number: 2:07cr122-002-MEF

Name of Sentencing Judicial Officer: The Honorable Mark E. Fuller, Chief U.S. District Judge

Date of Original Sentence: December 4, 2007

Original Offense: Embezzlement from Indian Tribal Organization, Aiding and Abetting

Original Sentence: Five (5) years probation

Type of Supervision: Probation        Date Supervision Commenced: December 4, 2007

Assistant U.S. Attorney: Andrew O. Schiff        Defense Attorney: Winston D. Durant

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **Violation 1**<br>**Mandatory Condition: "The defendant shall not possess a firearm, ammunition, destructive device, or and other dangerous weapon."** | On January 8, 2007, USPO Conoly located and seized a loaded 9mm KELTEC handgun and a box of 9mm ammunition from Valerie Patterson's residence. |
| **Violation 2**<br>**Mandatory Condition: "The defendant shall not unlawfully possess a controlled substance."** | On January 8, 2007, USPO Conoly located and seized a quantity of marijuana from Valerie Patterson's residence. |

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be
     [X]   revoked.
     [ ]   extended for _ years, for a total term of _ years.

[ ]   The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ January 9, 2008 _____

David A. Conoly,
United States Probation Officer

Reviewed and approved:
David Ron Thweatt
Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

Date