# UNITED STATES DISTRICT COURT

for the

## MIDDLE DISTRICT OF ALABAMA

Amended Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Valerie Patterson                              Case Number:   2:07cr122-002-MEF

Name of Sentencing Judicial Officer: The Honorable Mark E. Fuller, Chief U.S. District Judge

Date of Original Sentence: December 4, 2007

Original Offense: Embezzlement from Indian Tribal Organization, Aiding and Abetting

Original Sentence: Five (5) years probation

Type of Supervision: Probation                        Date Supervision Commenced: December 4, 2007

Assistant U.S. Attorney: Andrew O. Schiff                  Defense Attorney: Winston D. Durant

## PETITIONING THE COURT

[ ]   To issue a warrant
[ ]   To issue a summons
[X]   To amend petition (doc. 44) filed on January 9, 2008 (warrant previously issued)

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **Violation 1**<br>**Mandatory Condition: "The defendant shall not possess a firearm, ammunition, destructive device, or and other dangerous weapon."** | On January 8, 2008, USPO Conoly located and seized a loaded 9mm KELTEC handgun and a box of 9mm ammunition from Valerie Patterson's residence. |
| **Violation 2**<br>**Mandatory Condition: "The defendant shall not unlawfully possess a controlled substance."** | On January 8, 2008, USPO Conoly located and seized a quantity of marijuana from Valerie Patterson's residence. |

U.S. Probation Officer Recommendation:

[X]  The term of supervision should be
    [X]  revoked.
    [ ]  extended for _ years, for a total term of _ years.

[ ]  The conditions of supervision should be modified as follows:


          I declare under penalty of perjury that the foregoing is true and correct.

          Executed on     January 11, 2008

                    /s/ David A. Conoly
                    David A. Conoly.
                    United States Probation Officer


Reviewed and approved: /s/ David Ron Thweatt
                    David Ron Thweatt
                    Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  That petition filed on January 9, 2008 (doc. 44) be and is hereby amended
[ ]  Other


                                                Signature of Judicial Officer


                                                Date