IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:07-CR-122-MEF |
| | ) | |
| VALERIE PATTERSON | ) | |

**ORDER**

For good cause, it is

**ORDERED** that a FED.R.CRIM. P. 32.1 preliminary hearing on the petition to revoke the defendant's probation be and is hereby set for **January 17, 2008 at 10:00 a.m.**, before Chief United States Magistrate Judge Charles S. Coody, in Courtroom 4-B, at the Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, Montgomery, Alabama.

Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing. At this hearing the defendant may present evidence in accordance with FED.R.CRIM.P. 32.1(6).

Done this 14th day of January, 2008.

　　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE