PROB 12C
(7/93)

# UNITED STATES DISTRICT COURT

for the

## MIDDLE DISTRICT OF ALABAMA

Amended Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Valerie Patterson                     Case Number: 2:07cr122-002-MEF

Name of Sentencing Judicial Officer: The Honorable Mark E. Fuller, Chief U.S. District Judge

Date of Original Sentence: December 4, 2007

Original Offense: Embezzlement from Indian Tribal Organization, Aiding and Abetting

Original Sentence: Five (5) years probation

Type of Supervision: Probation                          Date Supervision Commenced: December 4, 2007

Assistant U.S. Attorney: Andrew O. Schiff               Defense Attorney: Winston D. Durant

## PETITIONING THE COURT

[ ]   To issue a warrant
[ ]   To issue a summons
[X]   To amend petition (doc. 44) filed on January 9, 2008 (warrant previously issued)

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **Violation 1** **Mandatory Condition:** "The defendant shall not possess a firearm, ammunition, destructive device, or and other dangerous weapon." | On January 8, 2008, USPO Conoly located and seized a loaded 9mm KELTEC handgun and a box of 9mm ammunition from Valerie Patterson's residence. |
| **Violation 2** **Mandatory Condition:** "The defendant shall not unlawfully possess a controlled substance." | On January 8, 2008, USPO Conoly located and seized a quantity of marijuana from Valerie Patterson's residence. |

PROB 12C
(7/93)

2

U.S. Probation Officer Recommendation:

[X] The term of supervision should be
    [X] revoked.
    [ ] extended for _ years, for a total term of _ years.

[ ] The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     January 11, 2008

/s/ David A. Conoly
David A. Conoly.
United States Probation Officer

Reviewed and approved: /s/ David Ron Thweatt
David Ron Thweatt
Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] That petition filed on January 9, 2008 (doc. 44) be and is hereby amended
[ ] Other

Signature of Judicial Officer

25 January 2008
Date