IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cr-122-MEF |
| | ) | |
| VALERIE PATTERSON | ) | |

# **O R D E R**

It is hereby ORDERED that the revocation hearing set in this case for January 30, 2008 at 11:00 A.M. is rescheduled for January 30, 2008 at 3:00 P.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this 29th day of January, 2008.


_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE